IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM ARSIS,

    Plaintiff,

vs.                                     CASE NO.: 4:07cv115-SPM/WCS

JESSICA GOODIN,
PAUL COLEY, and
JUNE CORBITT,

    Defendants.

_____/

## ORDER

This cause comes before the Court on the Magistrate Judge's Report and Recommendation dated April 29, 2008 (doc. 40). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 40) is ADOPTED and incorporated by reference in this order.

  2. The summary judgment motion (doc. 27) filed by Defendants Coley and Corbitt is granted.

  3. This case is remanded to the magistrate judge for further proceedings on the claims against Defendant Goodin.

  DONE AND ORDERED this 23rd day of June, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

CASE NO.: 4:07cv115-SPM/WCS