**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**WILLIAM ARSIS,**

    **Plaintiff,**

vs.                                            Case No. 4:07cv115-SPM/WCS

**JESSICA GOODIN,
PAUL COLEY, and
JUNE CORBITT,**

    **Defendants.**

    _____/

**SECOND REPORT AND RECOMMENDATION**

    On April 29, 2008, I entered a report and recommendation on the motion for summary judgment filed by Defendants Coley and Corbitt.  Doc. 40.  I recommended that the motion be granted and judgment be entered in favor of those Defendants.  *Id.*  The report and recommendation was adopted on June 23, 2008, doc. 42, and judgment entered on June 24, 2008.  Doc. 43.

    Plaintiff, who is *pro se* in this case, did not file any response in opposition to the summary judgment motion.  Since entering the report and recommendation on April 29, 2008, doc. 40, Plaintiff did not file an objection.  Indeed, Plaintiff's copy of the report and

recommendation was returned to the Court as "undeliverable." Doc. 41. The last document received by Plaintiff was a motion filed on January 24, 2008. Doc. 37.

Although judgment was entered in favor of Defendants Coley and Corbitt, the case was left open as to Plaintiff's claim against Defendant Goodin.[1] However, in light of the fact that nothing has been received from Plaintiff in six months, and Plaintiff has failed to keep the Court advised as to his current whereabouts, this case should be dismissed as Plaintiff has abandoned this litigation. Because the Court cannot litigation Plaintiff's case for him, and Plaintiff's whereabouts are unknown, it is recommended that this case now be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be dismissed for failure to prosecute and because Plaintiff has failed to keep the Court informed as to his whereabouts.

**IN CHAMBERS** at Tallahassee, Florida, on July 7, 2008.

    s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Defendant Goodin waived service of process on January 9, 2008, doc. 36, but failed to file an answer or other response to the complaint.

Case No. 4:07cv115-SPM/WCS