IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM ARSIS,

       Plaintiff,

vs.                             CASE NO.: 4:07cv115-SPM/WCS

JESSICA GOODIN,
PAUL COLEY, and
JUNE CORBITT,

       Defendants.
_____/

## **ORDER**

      This cause comes before the Court on the Magistrate Judge's Second

Report and Recommendation dated July 7, 2008 (doc. 44).  Plaintiff has been

furnished a copy and has been afforded an opportunity to file objections pursuant

to Title 28, United States Code, Section 636(b)(1).  No objections have been

filed.  Having considered the report and recommendation, I have determined that

the report and recommendation should be adopted.

      Accordingly, it is hereby ORDERED as follows:

      1.    The magistrate judge's report and recommendation (doc. 44) is

ADOPTED and incorporated by reference in this order.

2.     This case is dismissed for Plaintiff's failure to prosecute and failure to keep the Court informed as to his whereabouts.

DONE AND ORDERED this 11th day of August, 2008.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge